Form 210A (12/09)

# United States Bankruptcy Court

## Eastern District of California

In re: <u>Michael Miles</u>　　　　　　　　　　Case No.: <u>10-32142</u>

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Ditech Financial LLC f/k/a Green Tree Servicing LLC | Beneficial Financial I, Inc. successor by merger to Beneficial California Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Ditech Financial LLC
7340 S. Kyrene Road T-120
Tempe, AZ 85283

Court Claim # (if known):　14
Amount of claim:　$24,247.27
Date Claim Filed:　01/16/2012

Phone:　877-256-4871
Last Four Digits of Acct #:　XXXX6587

Phone:　800-679-9896
Last Four Digits of Acct #:　1383

Name and Address where transferee payments should be sent (if different from above):

Ditech Financial LLC
P.O. Box 0049
Palatine, IL 60055

Phone:　877-256-4871
Last Four Digits of Acct #:　XXXX6587

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: <u>/s/ Brandye Foreman</u>　　　　　Date: <u>December 15, 2015</u>
　　　Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

```
Doc #: 2015-119516
10/02/2015 12:33:59 PM
Page: 1 of 3   Fee: $28.00
Steve J. Bestolarides
San Joaquin County Recorders
Paid By: SHOWN ON DOCUMENT
```

Prepared by and Return To:
**Linda Thornton**
Green Tree Servicing LLC
Region **Tempe-MB**
7360 S. Kyrene Road
Mail Stop T330
Tempe, AZ 85283
(888)315-8733

## ASSIGNMENT OF DEED OF TRUST
### California

Account #: 
Pin #:

For value received, the undersigned holder of a Deed of Trust (herein "Assignor") whose address is c/o **7360 South Kyrene Road, Tempe, AZ 85283**, does hereby grant, sell, assign, transfer and convey, unto **Green Tree Servicing LLC** (herein "Assignee"), whose address is **7360 South Kyrene Road, T-314, Tempe, AZ 85283**, all beneficial interest under a certain Deed of Trust described below and obligations therein described, the money due and to become due thereon with interest, and all rights accrued or to accrue under such Deed of Trust.

| | |
|---|---|
| Deed of Trust Date: | 06/26/2007 |
| Deed of Trust Executed By: | Michael Miles and Darlene Miles, Husband and Wife J/T |
| Trustee Name: | Beneficial California Inc. |
| Original Principal Sum: | $25,000.00 |
| Recorded Date: | 07/02/2007 |
| Book/Volume/Liber: | N/A |
| Page/Folio: | N/A |
| Instrument/Document Number: | Doc #: 2007-121509 |
| County: | San Joaquin |
| State: | CA |

**TO HAVE AND TO HOLD** the same unto Assignee, its successor and assigns, forever, subject only to the terms and conditions of the above-described Deed of Trust.

**IN WITNESS WHEREOF**, the undersigned Assignor has executed this Assignment of Deed of Trust on AUG 0 3 2015.

Witness: _Reginald Micou_
Reginald Micou

Witness: _Valencia Yesslith_
Valencia Yesslith

HSBC Finance Corporation as successor servicer to Beneficial Financial I Inc. a California corporation, on behalf of itself and as successor by merger to Beneficial California Inc. by its Attorney-In-Fact Green Tree Servicing LLC

BY: _signature_
Name: Edward Born
Title: Assistant Vice President

Power of Attorney recorded
Official Records of
Maricopa County Recorder
Record Date: 12/05/14
Doc#: 2014-0801904

State of ARIZONA

County of MARICOPA

On **AUG 0 3 2015**_____, before me, the undersigned, personally appeared _____ **Edward Born** _____, Assistant Vice President for **Green Tree Servicing LLC** as **Attorney-In-Fact for HSBC Finance Corporation as successor servicer to Beneficial Financial I Inc. a California corporation, on behalf of itself and as successor by merger to Beneficial California Inc.**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument and that such individual made such appearance before the undersigned in the City of **Tempe**, State of **Arizona**.


Tami Wycoff
Notary Public
Maricopa County, Arizona
My Comm. Expires 03-04-18

_signature_
Notary Public

Account number: ▮▮▮▮

Assignment of Deed of Trust
Page | 2

# EXHIBIT "A"

SITUATED IN THE COUNTY OF JOAQUIN, STATE OF CALIFORNIA, TO WIT:

LOT 97, OF TRACT NO. 2619, WOODFIELD ESTATES, UNIT NO. 2, FILED FOR RECORD OCTOBER 28, 1994, IN BOOK 32 OF MAPS AND PLATS, PAGE 29, SAN JOAQUIN COUNTY RECORDS.

TAX MAP OR PARCEL ID NO.:

Account number:

Assignment of Deed of Trust
Page | 3

# Delaware

PAGE 1

*The First State*

    I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF MERGER, WHICH MERGES:

    "DITECH MORTGAGE CORP", A CALIFORNIA CORPORATION,

    "DT HOLDINGS LLC", A DELAWARE LIMITED LIABILITY COMPANY,

    WITH AND INTO "GREEN TREE SERVICING LLC" UNDER THE NAME OF "GREEN TREE SERVICING LLC", A LIMITED LIABILITY COMPANY ORGANIZED AND EXISTING UNDER THE LAWS OF THE STATE OF DELAWARE, AS RECEIVED AND FILED IN THIS OFFICE THE THIRTEENTH DAY OF AUGUST, A.D. 2015, AT 1:35 O'CLOCK P.M.

    AND I DO HEREBY FURTHER CERTIFY THAT THE EFFECTIVE DATE OF THE AFORESAID CERTIFICATE OF MERGER IS THE THIRTY-FIRST DAY OF AUGUST, A.D. 2015, AT 12:05 O'CLOCK A.M.

2458190  8100M

151168309

Jeffrey W. Bullock, Secretary of State
AUTHENTICATION: 2641973

DATE: 08-13-15

You may verify this certificate online
at corp.delaware.gov/authver.shtml

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:35 PM 08/13/2015
FILED 01:35 PM 08/13/2015
SRV 151168309 - 2458190 FILE

# STATE OF DELAWARE
# CERTIFICATE OF MERGER

Pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act, the undersigned hereby executes the following Certificate of Merger:

**FIRST**: The surviving limited liability company is **Green Tree Servicing LLC**, a Delaware limited liability company, and the corporation and limited liability company being merged into this surviving limited liability company are:

> **DT Holdings LLC**, a Delaware limited liability company, and
> **Ditech Mortgage Corp**, a California corporation.

**SECOND**: The Agreement and Plan of Merger has been approved, adopted, certified, executed and acknowledged by each of the constituent corporations and limited liability companies pursuant to Title 6, Section 18-209 of the Delaware Limited Liability Company Act.

**THIRD**: The name of the surviving limited liability company is hereby amended to **Ditech Financial LLC**, a Delaware limited liability company (as such surviving entity, the "Surviving Limited Liability Company").

**FOURTH**: The mergers are to become effective as of 12:05 AM EDT on August 31, 2015.

**FIFTH**: The Agreement and Plan of Merger is on file at 3000 Bayport Drive, Suite 880, Tampa, FL 33607, the principal place of business of the Surviving Limited Liability Company.

**SIXTH**: A copy of the Agreement and Plan of Merger will be furnished by the Surviving Limited Liability Company on request, without cost, to any stockholder or member of the constituent corporations or limited liability companies, as applicable.

[The remainder of page intentionally left blank.]

IN WITNESS WHEREOF, said Surviving Limited Liability Company has caused this certificate to be signed by an authorized officer, the 4th day of August, 2015.

                                                **GREEN TREE SERVICING LLC**

                                                By: _____
                                                Name: Wanda Lamb-Lindow
                                                Title: Assistant Secretary

*[Certificate of Merger]*